| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Adam Martinez <br> First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9820 <br> EIN: __–_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Michigan | Date case filed for chapter: 7  2/6/25 |
| Case number: | 25–20134–dob | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Adam Martinez | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1202 Hillcrest St <br> Harrison, MI 48625 | |
| 4. | **Debtor's attorney** <br> Name and address | Zakaria Mahdi <br> 1 Parklane Blvd. <br> Suite 729 East <br> Dearborn, MI 48126 | Contact phone: 313–846–6400 |
| 5. | **Bankruptcy trustee** <br> Name and address | Samuel D. Sweet <br> Samuel D. Sweet, Trustee <br> 52 E. Burdick St. #10 <br> Oxford, MI 48371 | Contact phone: 248–236–0985 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

25-20134-dob    Doc 8    Filed 02/09/25    Entered 02/10/25 00:23:53    Page 1 of 4

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at https://pacer.uscourts.gov. | **Address of the Bankruptcy Clerk's Office:** <br> 111 First Street <br> Bay City, MI 48708 <br><br> Contact phone: 989–894–8840 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Todd M. Stickle <br><br> Hours open: <br> 8:30am–4:00pm Monday–Friday <br><br> Date: 2/6/25 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 6, 2025 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> Zoom video meeting. Go to Zoom.us/join. Enter Meeting ID 335 036 8497, and Passcode 5804553387, OR call (947) 214–5463. <br><br> For additional meeting information go to www.justice.gov/ust/moc. |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/5/25** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

25-20134-dob    Doc 8    Filed 02/09/25    Entered 02/10/25 00:23:53    Page 2 of 4

United States Bankruptcy Court
Eastern District of Michigan

In re:  
Adam Martinez  
    Debtor

Case No. 25-20134-dob  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0645-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 07, 2025 | Form ID: 309A | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adam Martinez, 1202 Hillcrest St, Harrison, MI 48625-9252 |
| 28348177 | + | University of Michigan, PO Box 77000, Detroit, MI 48277-2000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: zak@mahdilawgroup.com | Feb 07 2025 21:21:00 | Zakaria Mahdi, 1 Parklane Blvd., Suite 729 East, Dearborn, MI 48126 |
| tr | + | EDI: FSDSWEET.COM | Feb 08 2025 02:13:00 | Samuel D. Sweet, Samuel D. Sweet, Trustee, 52 E. Burdick St. #10, Oxford, MI 48371-5548 |
| 28348171 | + | EDI: CITICORP | Feb 08 2025 02:13:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 28348172 | + | Email/Text: acopeland@communitychoicecu.com | Feb 07 2025 21:22:00 | Community Choice Credit Union, Attn: Bankruptcy, 31155 Northwestern Hwy, Farmington Hills, MI 48334-2502 |
| 28348173 | + | EDI: CCS.COM | Feb 08 2025 02:13:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 28348174 | ^ | MEBN | Feb 07 2025 21:16:58 | Henry Ford Healh System, P.O box 553920, Detroit, MI 48255-3920 |
| 28348175 | + | Email/Text: support@ljross.com | Feb 07 2025 21:22:00 | LJ Ross, P.O Box 6099, Jackson, MI 49204-6099 |
| 28348176 | | EDI: PRA.COM | Feb 08 2025 02:13:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 28348178 | | Email/Text: bknotifications@umcu.org | Feb 07 2025 21:21:00 | University of Michigan CU, Attn: Bankruptcy, Po Box 7850, Ann Arbor, MI 48107 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28348179 | *P++ | UNIVERSITY OF MICHIGAN CREDIT UNION, ATTN SOLUTIONS DEPARTMENT, PO BOX 7850, ANN ARBOR MI 48107-7850, address filed with court:, University of Michigan CU, Attn: Bankruptcy, Po Box 7850, Ann Arbor, MI 48107 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025      Signature:    /s/Gustava Winters